UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

U.S. Shoring and Equipment Co., a
Minnesota corporation,

Case No.: 6:09-cv-598-ORL-35 GJK

      Plaintiff,

v.

Wayne R. Agamie, and Efficiency
Production, Inc., a Michigan
corporation,

_____/

**REQUEST FOR JUDICIAL NOTICE**

Defendants, Wayne R. Agamie and Efficiency Production, Inc., by and through undersigned counsel and pursuant to Rule 201, Federal Rules of Evidence, hereby request that the Court take judicial notice of the following pleadings and papers filed in connection with the case styled *United Rentals, Inc. vs. Wayne Agamie, Philip Wilburn, and U.S. Shoring & Equipment Co.*, C.A. No. 6:06-CV-01085-GAP-JGG:

1. Plaintiff, United Rentals' *Verified Complaint For Emergency Temporary And Permanent Injunctive Relief and Damages*, attached hereto as Exhibit A.

2. Plaintiff, United Rentals' *Motion For Temporary Restraining Order and Preliminary Injunction*, attached hereto as Exhibit B.

3. Plaintiff, United Rentals' *Memorandum of Law in Support of Its Motion for Temporary Injunction*, attached hereto as Exhibit C.

4. Defendants' *Memorandum in Opposition To Motion For Temporary Injunction*, attached hereto as Exhibit D.

5. This Court's *Order Denying Plaintiff's Motion for Temporary Injunction*, attached hereto as Exhibit E.

/s/ Michael J. Furbush, Esq.
Michael J. Furbush, Esq.
mfurbush@ralaw.com
Florida Bar No. 070009
Shayne A. Thomas
sthomas@ralaw.com
Florida Bar No. 0585025
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
P.O. Box 6507
Orlando, FL 32802-6507
Telephone: 407.896.2224
Facsimile: 407.835.3596
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of April, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen O. Cole, Esq. at soc@macfar.com, Attorney for Plaintiff;

Janet Goldberg McEnery at jeg@macfar.com, Attorney for Plaintiff.

/s/ Michael J. Furbush, Esq.
Michael J. Furbush, Esq.
