UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

U.S. SHORING AND EQUIPMENT CO.,
a Minnesota corporation,

    Plaintiff,

v.                                                                Case No.: 6:09-cv-00598-Orl-35GJK

WAYNE R. AGAMIE, and EFFICIENCY
PRODUCTION, INC., a Michigan
corporation,

    Defendants.

_____

## ORDER

**THIS CAUSE** comes before the Court upon review of Plaintiff, U.S. Shoring and Equipment Co.'s, Emergency Motion for Preliminary Injunction (Dkt. 12) and Emergency Motion to Continue Hearing (the "Motion to Continue") (Dkt. 38). On May 5, 2009, the Court held a hearing on Plaintiff's Emergency Motion for Temporary Restraining Order or Preliminary Injunction (the "Preliminary Injunction Motion"). (Dkt. 32). The Court denied Plaintiff's request for a temporary restraining order, but continued its consideration of Plaintiff's Preliminary Injunction Motion and scheduled an evidentiary hearing on the Preliminary Injunction Motion for June 9, 2009, at 10:00 a.m. On May 26, 2009, Plaintiff filed an "emergency" Motion to Continue the Hearing on the Preliminary Injunction Motion to a date no sooner than the last week of July.

-1-

Plaintiff states that its Motion to Continue is based on Plaintiff's intent (not yet materialized) to include two additional Defendants in the Preliminary Injunction Motion; Defendants' alleged refusal to comply with expedited discovery requests;[1] and the need for additional time for the parties to engage in settlement discussions.

Upon consideration of the motion and the responses filed by the Defendant on an expedited basis, the Court concludes that it would be prudent to hold any evidentiary hearing regarding the request for injunctive relief against all Defendants at one time. Furthermore, Plaintiff's Motion to Continue is a tacit admission that Plaintiff does not have, and will not have by the Hearing on June 9, 2009, the evidence needed to obtain the extraordinary relief Plaintiff seeks in its Preliminary Injunction Motion. Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff's Emergency Motion for Preliminary Injunction (Dkt. 12) is **DENIED** without prejudice to reassert the motion in the course of the litigation should the facts develop such that Plaintiff can demonstrate that issuance of a preliminary injunction is warranted;

2. Plaintiff's Emergency Motion to Continue Hearing (Dkt. 38) is **DENIED** as moot; and

---

[1] Based on Defendant's description of the Plaintiff's written discovery demands, the Court concurs that it is unreasonable to expect Defendants to respond on an expedited basis in advance of the June 9, 2009, hearing date.

3. The Hearing on Plaintiff's Emergency Motion for Preliminary Injunction, scheduled for June 9, 2009 at 10:00 a.m., is hereby cancelled.

**DONE** and **ORDERED** in Orlando, Florida, this 1st day of June 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Courtroom Deputy